HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GREGORY PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0350 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER VACATING PRELIMINARY HEARING AND SCHEDULING ARRAIGNMENT** |
| GREGORY PHELAN, | |
| Defendant. | Date: October 23, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, that the preliminary hearing scheduled for October 23, 2013, may be vacated and an arraignment scheduled for November 21, 2013, at 2:00 p.m.

This case (formerly 2:13-MJ-0078) has been continued several times so the parties could discuss a pre-indictment resolution. The parties have reached an agreement and the government has filed an information, 2:11-CR-0350 KJM. The parties anticipate appearing before Judge Mueller for arraignment and entry of plea on either November 6 or 13, 2013, depending on when the final plea agreement is written, but ask to schedule an arraignment before the Magistrate Judge on November 21, 2013, in order to assure the case remains scheduled.

-1-

The time in which indictment must be brought has previously been extended by agreement of the parties, as has time for a preliminary hearing. The information having been filed, there appears to be no need at this time for a further order excluding time.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 22, 2013    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for GREGORY PHELAN

BENJAMIN WAGNER
United States Attorney

Dated: October 22, 2013    /s/ T. Zindel for M. McCoy
MICHAEL D. McCOY
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing scheduled for October 23, 2013, is vacated and an arraignment on the Information is now scheduled for November 21, 2013, at 2:00 p.m., before Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: October 22, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Phelan0350.stipord.cont.docx