1    HEATHER E. WILLIAMS, #122664
Federal Defender
2    TIMOTHY ZINDEL, #158377
Assistant Federal Defender
3    801 I Street, 3rd Floor
Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
5    916-498-5700/Fax 916-498-5710

6    Attorney for Defendant
GREGORY PHELAN

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13    UNITED STATES OF AMERICA,    )   Case No.  2:13-CR-0350 KJM
                                   )
14              Plaintiff,       )
                                   )   **STIPULATION AND ORDER**
15            vs.            )   **CONTINUING ARRAIGNMENT**
                                   )
16    GREGORY PHELAN,           )
                                   )   Date:  November 21, 2013
17               Defendant.      )   Time:   2:00 p.m.
                                   )   Judge:  Hon. Kendall J. Newman
18    _____ )

19

20        It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff,

21    United States of America, that the arraignment scheduled for November 21, 2013, may be

22    rescheduled for January 15, 2014, at 2:00 p.m.

23        The parties have reached an agreement to resolve the case and expect to appear before the

24    District Judge for arraignment and plea in a single proceeding.  The parties are reevaluating the

25    terms of their as-yet-unwritten agreement in light of recent policy changes at the Department of

26    Justice and have agreed to delay arraignment and plea to allow for that evaluation.

27    / / / / /

28

1  The parties anticipate appearing before Judge Mueller for arraignment and entry of plea

2  prior to the rescheduled arraignment date.  An information having been filed, there appears to be

3  no need at this time for a further order excluding time.

4                                         Respectfully Submitted,

5                                         HEATHER E. WILLIAMS
                                          Federal Defender
6

7  Dated:  November 19, 2013             /s/ T. Zindel_____
                                          TIMOTHY ZINDEL
8                                         Assistant Federal Defender
                                          Attorney for GREGORY PHELAN
9

10                                        BENJAMIN WAGNER
                                          United States Attorney
11

12  Dated:  November 19, 2013            /s/  T. Zindel for M. McCoy_____
                                          MICHAEL D. McCOY
13                                        Assistant U.S. Attorney

14

15                                    **O R D E R**

16      The arraignment is rescheduled for January 15, 2014, at 2:00 p.m.

17      IT IS SO ORDERED.

18  Dated:  November 20, 2013

19                                        _____
20                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28